

# United States District Court
# Eastern District of California

Kawaldeep Singh

Plaintiff(s)

v.

Pam Bondi et al

Defendant(s)

Case Number: 2:25-cv-01590-DJC-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jana Junuz Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Kawaldeep Singh (Plaintiff)

On 02/25/2022 (date), I was admitted to practice and presently in good standing in the US Eastern Dist. Court of NY (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/09/2025

Signature of Applicant: /s/ Jana Junuz

**Pro Hac Vice Attorney**

Applicant's Name: Jana Junuz Esq.
Law Firm Name: Law Office of Jana Junuz PC
Address: 10311 101st Ave.,

City: Ozone Park   State: NY   Zip: 11416
Phone Number w/Area Code: (516) 806-2122
City and State of Residence: New York, New York
Primary E-mail Address: jjunuzlaw@gmail.com
Secondary E-mail Address: jjunuzlaw@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Emmanuel Enyinwa Esq
Law Firm Name:
Address: 369 Pine St.
Suite 420

City: San Francisco   State: CA   Zip: 94104
Phone Number w/Area Code: (415) 360-3055   Bar #

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 18, 2025

*Daniel J. Calabretta*
JUDGE, U.S. DISTRICT COURT