ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWALDEEP SINGH., <br><br> Plaintiff, <br><br> v. <br><br> USCIS, ET AL., <br><br> Defendants. | CASE NO. 2:25-CV-01590 DJC-JDP <br><br> STIPULATION AND ORDER FOR TEMPORARY STAY |

      The Defendants respectfully request to stay this case through December 17, 2025, and counsel for Plaintiff does not oppose. In this case, Plaintiff, Kawaldeep Singh, alleges that the U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of his Form I-485, Application for Adjustment of Status, which was filed in April 2021. Since the filing of the Complaint, USCIS interviewed Plaintiff on July 25, 2025, and anticipates that it will be issuing a Request for Evidence ("RFE") in the coming days. Applicants are typically given 87 days to respond to RFEs. Once USCIS has received all of the information it requires, it can complete its adjudication. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application.

///

///

The parties therefore stipulate that this matter be stayed through December 17, 2025, to allow USCIS to continue its adjudication process. The parties further request that all other filing deadlines and appearances, including any scheduling conference, be similarly vacated.

Respectfully submitted,

Dated:  August 18, 2025  ERIC GRANT
United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: August 18, 2025  By:  /s/ EMMANUAL ENYINWA by Shelley Weger as authorized on 8/18/25
EMMANUEL ENYINWA
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated:  August 19, 2025  /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE